John C. Judge for license and admission to practice as an official examiner of title. No opinion. Application granted, and undertaking approved.

. JUNGMAN, Appellant, v. COOPER, Respondent. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Charles Jungman against Charles Cooper. A. I. Spiro, for appellant. No opinion. Judgment affirmed, with costs. Order filed.

JURG, Appellant, v. FROST, Respondent. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Blanche S. Jurg against Emma R. Frost. H. A. Sperry, for appellant. J. Ewen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

· KATZ v. LOTT. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Appeal from Trial Term, New York County. Action by Solomon Katz, an infant, against Charles H. Lott. From a judgment on a verdict directed for defendant, and from an order denying a motion for new trial, plaintiff appeals. Reversed, and new trial ordered. L. F. Fish, for appellant. George Hahn, for respondent.

PER CURIAM. We think that there was a question of fact for the jury, and that upon the evidence the learned trial judge was not justified in directing a verdict for the defendant. The judgment and order appealed from should be reversed, and a new trial ordered, with costs to appellant to abide event.

McLAUGHLIN, J., dissents.

KAZLOWSKI, Respondent, v. CONEY ISLAND & B. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by Joseph Kazlowski, an infant, by Victor Kazlowski, his guardian ad litem, against the Coney Island & Brooklyn Railroad Company.

PER CURIAM. Judgment and order unanimously affirmed, with costs.

CARR, J., taking no part.

KEEPERS, Respondent, v. M. HARTLEY CO., Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by William M. Keepers against the M. Hartley Company. Chas. G. Signor, for appellant. J. A. Garver, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KEHOE, Respondent, v. CO–OPERATIVE MOTOR CAR CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 17, 1912.) Action by John Kehoe against the Co-operative Motor Car Company. No opinion. Judgment and order affirmed, with costs.

KELLER, Respondent, v. FT. STANWIX KNITTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 1911.) Action by Harold C. Keller, by Joseph Keller, his guardian ad litem, against the Ft. Stanwix Knitting Company. No opinion. Judgment and order affirmed, with costs.

KELLEY, Respondent, v. CARTON, Appellant. (Supreme Court, Appellate Division, First Department. February 16, 1912.) Action by Margaret L. Kelley against Andrew B. Carton. I. Gainsburg, for appellant. E. Van Schaick, for respondent. No opinion. Order affirmed, with costs. Order filed.

KELSEY, Appellant, v. PEOPLE'S NAT. FIRE INS. CO., PHILADELPHIA, Respondent. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Otto Kelsey against the People's National Fire Insurance Company, Philadelphia. L. O. Rothschild, for appellant. T. N. Crisp, for respondent. No opinion. Order, so far as appealed from, affirmed, with $10 costs and disbursements. Order filed.

KENT, Respondent, v. JAMESTOWN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by William E. Kent, as administrator, etc., of Charles Thompson, deceased, against the Jamestown Street Railway Company. No opinion. Judgment and order affirmed, with costs. Appeal to Court of Appeals denied. 131 N. Y. Supp. 1122.

KERNAN v. OGDEN. (Supreme Court. Appellate Division, Fourth Department. January 17, 1912.) Action by Frank Kernan, an infant, etc., against Frank C. Ogden. No opinion. Appeal dismissed, without costs, upon stipulation filed.

KESHIN, BLITSTEIN & CO. v. BECKERMAN CONST. CO. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) In the matter of the mechanic's lien filed by Keshin, Blitstein & Co. against the Beckerman Construction Company. No opinion. Appeal dismissed, with $10 costs and disbursements.

In re KINDBERG. (Supreme Court, Appellate Division, First Department. January 26, 1912.) In the matter of Edward O. Kindberg, deceased.

PER CURIAM. Decree and order, so far as appealed from, affirmed, with costs against appellant August Reymert personally. Order filed. See, also, 141 App. Div. 188, 126 N. Y.